MEMO ENDORSED

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Judge Valerie Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

September 24, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023

Re:  1:23-cv-4187 Toro v. Irish Traditions, LLC.

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Caproni:

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference and associated submission deadlines. The conference is currently scheduled for September 29, 2023 and the pretrial documents are past due. Plaintiff has not yet been in communication with the Defendant, and will seek a default judgment if they do not appear by the next conference date. As such, Plaintiff proposes a 60-day adjournment and a new date of November 29th, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

Application GRANTED in part. The Initial Pretrial Conference scheduled for September 29, 2023, is hereby ADJOURNED *sine die*. Defendant's answer deadline remains STAYED until **September 29, 2023**. If Defendant does not respond to the complaint by that date, Plaintiff's deadline to move for an order to show cause why default judgment should not be entered is **October 13, 2023**.

Plaintiff is directed to serve a copy of this Endorsement on Defendant and file proof of service on the docket no later than **September 27, 2023**.

SO ORDERED.



Date: 9/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE