USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, *on Behalf of Himself and All Others Similarly Situated*,

           Plaintiff,

-against-

TIPPERARY AT TARA, LTD.

           Defendant.

23-CV-4187 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to Defendant, Dkt. 17;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for Defendant, Dkt. 17; and

    WHEREAS Defendant has neither appeared or answered.

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **November 29, 2023**.

**SO ORDERED.**

Date: **November 13, 2023**
      **New York, New York**

                                          **VALERIE CAPRONI
                                          United States District Judge**